IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 21 C 4016 |
| v. | ) ) ) | Judge John Robert Blakey |
| GLOBAL REINSURANCE CORPORATION OF AMERICA F/K/A GERLING GLOBAL REINSURANCE CORPORATION OF AMERICA, R&Q REINSURANCE COMPANY, and CALVERT INSURANCE COMPANY, | ) ) ) ) ) ) ) ) | |
| Respondents. | ) | |

## JUDGMENT CONFIRMING ARBITRATION AWARD

WHEREAS, on July 28, 2021, Petitioner Catholic Mutual Relief Society of America, filed a Petition seeking to confirm a final arbitration award obtained in the underlying arbitration involving Respondents, Global Reinsurance Corporation of America f/k/a Gerling Global Reinsurance Corporation of America, R&Q Reinsurance Company, and Calvert Insurance Company, collectively, "R&Q,";

WHEREAS, Catholic Mutual's Petition is based upon the Federal Arbitration Act, 9 U.S.C. § 9;

WHEREAS, this Court has considered all of the papers filed in connection with the Petition;

NOW, THEREFORE, judgment is entered in this action as follows:

1. That this Court has jurisdiction over the confirmation proceeding; and

2. That the Final Award issued by the arbitrators dated July 19, 2021, is binding and valid, and hereby confirmed, there being no ground in law or equity for the Agreed Claims Protocol Final Award (the "Final Award") to be modified or vacated; and

3. That Catholic Mutual and R&Q shall comply with the terms of the Final Award in every respect; and

4. That this Judgment shall constitute a final resolution of this action on the merits; and

5. Each party shall bear its own costs and expenses.

SO ORDERED.

Dated: August 25, 2021

ENTERED:

_____

John Robert Blakey
United States District Judge